DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RYAN WALKER,**
Appellant,

v.

**HEATHER WALKER,**
Appellee.

No. 4D17-2204

[August 30, 2018]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case Nos. 502013DR007536XXXXFZ, 2015DR012151 FZ and 2016DP000167 JS.

Frank Smith of FMS Lawyer PL, Cooper City, for appellant.

Jane Kreusler-Walsh and Rebecca Mercier Vargas of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and Jennifer Miller-Morse of Miller Morse Law, PLLC, Delray Beach, and Kathryn A. Oleksy of Legal Aid Society of Palm Beach County, Inc., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***